**Edith J. WILCOX, as Executrix of the Estate of Carrie Maude Jordan, Plaintiff–Appellant,**

v.

**William Rene LEVEROCK, Commercial Carrier Corporation, Defendants–Appellees.**

No. 88–3248.

United States Court of Appeals, Eleventh Circuit.

Dec. 6, 1989.

James A. Hightower, Levin, Warfield, Middlebrooks, Mabie, Thomas, Mayes & Mitchell, P.A., and Charles J. Kahn, Jr. Levin, Middlebrooks, Mabie, Pensacola, Fla., for plaintiff-appellant.

Glenn Waddell, Waddell & Ready, P.A., Auburndale, Fla., for defendants-appellees.

Before FAY, Circuit Judge, HILL*, Senior Circuit Judge, and DUBINA**, District Judge.

* *See* Rule 34–2(b), Rules of the U.S. Court of Appeals for the Eleventh Circuit.

In view of the answer by the Supreme Court of Florida to our certified question, 548 So.2d 1116, the judgment of the district court is AFFIRMED.